478 A.2d 131

Williams v. Smith.

 Argued January 11, 1984. Janet S. Holcombe, for appellant; Harold Goldner, for Williams, appellee; Joseph I. Papalini, for Smith; appellees.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment reversed and an appeal from the award of arbitrators shall be allowed. We relinquish jurisdiction.